ERIC GRANT
United States Attorney
LUKE BATY
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>JAMES A. THOMAS,<br><br>　　　　　　Defendant. | Case No. 5:25-po-00295-CDB-CDB<br><br>[Citations #E2619235 & #E2619234 CA/10]<br><br>MOTION AND ORDER FOR DISMISSAL AND TO VACATE TRIAL DATE |

　　　The United States of America, by and through Eric Grant, United States Attorney, and Luke Baty, Assistant United States Attorney, hereby moves to dismiss Case No. 5:25-po-00295-CDB [Citations #E2619235 & #E2619234 CA/10] against JAMES A. THOMAS, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. It is further requested that the Bench Trial set for March 3, 2026, be vacated.

DATED: December 4, 2025　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　ERIC GRANT
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　By:　/s/ *Luke Baty*
　　　　　　　　　　　　　　　　　　　　　　　LUKE BATY
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

1

# O R D E R

It is HEREBY ORDERED on the motion of the United States of America pursuant to Fed. R. Crim. P. 48(a) that Case No. 5:25-po-00295-CDB [Citations #E2619235 & #E2619234 CA/10] against JAMES A. THOMAS is dismissed, without prejudice, in the interest of justice.

It is FURTHER ORDERED that the Bench Trial set for March 3, 2026, is VACATED.

IT IS SO ORDERED.

Dated:  **December 4, 2025**

_____
UNITED STATES MAGISTRATE JUDGE